UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

IN RE: WORLD TRADE CENTER DISASTER SITE
LITIGATION

-----------------------------------------------------------------X

21 MC 100 (AKH)

Hon. Alvin K. Hellerstein, U.S.D.J.

**RULE 7.1 STATEMENT OF AMEC CONSTRUCTION MANAGEMENT, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for AMEC CONSTRUCTION MANAGEMENT, INC. certifies that AMEC Construction Management, Inc. is wholly owned by AMEC Holdings, Inc. Both AMEC Properties and Overseas Investments, Ltd. and AMEC USA Ltd. own a greater than ten percent share of AMEC Holdings, Inc. AMEC Properties and Overseas Investments, Ltd. and AMEC USA Ltd. are wholly owned by AMEC plc, a publicly traded company in the United Kingdom.

Dated: Newark, New Jersey
November 28, 2006

PATTON BOGGS LLP

By: _____
James E. Tyrrell, Jr. (JT-6837)
One Riverfront Plaza, 6th floor
Newark, NJ 07102
(973) 868-5600
JTyrrell@PattonBoggs.com

*Attorneys for defendant* AMEC Construction Management, Inc.